IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Lakisha Howell
(Enter Above the Name of the Plaintiff in this Action)

vs.

New Scotland Health CARE, LLC
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Jacob Stern
Anthony Jagoditz
Shawn Crossby
Jeffery Huth
Diane Plymire

**COMPLAINT**

1:20 CV 819

J. COLE
MJ. BOWMAN

RECEIVED

OCT 19 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Lakisha Howell
Name - Full Name Please - PRINT

3719 Reading Road Apt 209
Street Address

Cincinnati, OH, 45229
City, State and Zip Code

(513) 780-8475
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Jacob Stern
   Name - Full Name Please
   1346 Lincoln Ave, Cincinnati, OH 45206
   Address: Street, City, State and Zip Code

2. Anthony Jagodlitz
   255 E. Fifth Street Suite 1900, Cincinnati OH 45202

3. Shawn Crosby
   30 W Spring Street, Columbus, OH 45215

4. Diane Plymire
   1 Sheakley Way, Cincinnati, OH 45246

5. Jeffery Huth
   1150 W 8th Street, Cincinnati OH 45203

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1) Jacob Stern - Egregious Fraud, Business Tort, Recklessness Negligence, Exploitation, Racial Discrimination, Deceit on 1/16/20 to Plaintiff due to unsafe Health care equipment on private property causing work injury.

2) Anthony Jagodit2 - Egregious Fraud, Conflict of intrest, Negligence, Deceit, Manipulation, Exploitation, Recklessn Bias prejudice, intentional Tort, Racial Discrimination, on 1/16/20 worker Injury causing personal Injury to Plaintiff.

3) Shown Crosby - Fraud, Conflict of intrest, deceit, Reckless Intentional Tort, Exploitation, Negligence, Manipulation Business Tort on 1/16/20 Work injury to Plaintiff on Private property due to employer unsafe Healthcare equipment causing Plaintiff personal Injury.

4) Jeffery Hurth - Malpractice, Fraud, Conflict of intrest, intentional Tort, Bias, Prejudice, Deceit, Reckless Negligence to Plaintiff work Injury on 1/16/20

5) Dione Plymire - Fraud, Business Tort, deceit, Reckless Exploitation, Racial Discrimination and Negligence on 1/16/20 Plaintiff work Injury due to unsafe healthcare equipment on private property causing personal Injury.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>　　　　　　　　　　<u>Caption</u>

_____　　_____ vs. _____

_____　　_____ vs. _____

_____　　_____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I the Plaintiff Am demanding A fair Judgement in the Amount of $75,000 for Damages ~~caused by my defendants~~ for:

1) Negligence
2) Personal Injury
3) Pain and Suffering
4) Emotional Distress
5) Mental Distress
6) Bodily harm / Physical Injury
7) Unpaid Medical Bills / Debt
8) ~~xxxx~~ Personal Humiliation
9) Public embarrassment
10) Public Hate
11) Fear
12) Grief
13) Worry
14) Inconvenience
15) Loss of enjoyment of life
16) Life Disruption / Family Disruption
17) Anxiety
18) Stress
19) Loss of Job
20) Loss future wages and overtime
21) Financial Crisis / Covid 19 Disaster
22) Steep defamation
23) Loss of Job opportunities
24) Massive Debt
25) Defamation of character
26) Severe economic Loss

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _____ day of _____, 20___.

_Laiesha Howell_
Signature of Plaintiff

-4-